UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FOUNDATION McCLURE,

                        Plaintiff,                          **ORDER**

   -against-                                      25-CV-1651 (DG)(LGD)

SUFFOLK COUNTY, POLICE OFFICER # 1,
POLICE OFFICER # 2, POLICE OFFICER # 3,
and POLICE OFFICER # 4

                        Defendants.
------------------------------------------------------------X
LEE G. DUNST, United States Magistrate Judge:

       Plaintiff Foundation McClure brings this *pro se* civil rights action against Suffolk County and four unnamed police officers whom he alleges used excessive force while arresting him on May 20, 2024 and November 14, 2024. On May 16, 2025, District Judge Diane Gujarati issued an order granting Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. In accordance with that order, the Clerk of Court is directed to issue summons against Suffolk County, and the United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon Suffolk County without prepayment of fees. Further, the Court requests that the Clerk of Court send a copy of the complaint together with this order to the Suffolk County Attorney.

       Plaintiff also includes multiple Suffolk County Police Officers as Defendants, but without providing their names or badge numbers. The Suffolk County Attorney's Office is requested to attempt to ascertain the full names and service addresses of these John Doe Defendants, who are alleged to have been present at plaintiff's arrests on May 20, 2024 and November 14, 2024. The Suffolk County Attorney's Office shall provide the Court and plaintiff with the names and addresses where these individuals may be served within thirty (30) days of the date that this

Order is served upon it. *See Valentin v. Dinkins*, 121 F.3d 72, 75-76 (2d Cir. 1997). The Suffolk County Attorney need not undertake to defend or indemnify any of these individuals at this juncture. This Order merely provides a means by which Plaintiff may properly name and serve the unnamed Defendants as instructed by the Second Circuit in *Valentin*.

Once the information is provided to the Court by the Suffolk County Attorney's Office, Plaintiff's complaint shall be deemed amended to reflect the full name of the unnamed Defendants, amended summons shall be issued, and the United States Marshals Service shall serve them on Defendants without the prepayment of fees.

SO ORDERED.

                                                        `/s/ Lee G. Dunst`
                                                        Lee G. Dunst
                                                        United States Magistrate Judge

Dated: May 16, 2025
       Central Islip, New York